Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JEFFREY BRYANT,<br><br>Defendant. | DOCKET NO. 6:12-mj-88-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Donald Jeffrey BRYANT, was arrested September 7, 2012, in Yosemite National Park and charged with three counts in citations: (1850293) DUI >.08, (1850291) failure to comply with a traffic control device, and (1850292) DUI. BRYANT plead guilty November 20, 2012, to Citation 1850293 – DUI>.08. BRYANT was sentenced to pay a fine of $1,200, complete the DMV First Time Offender's Course, and 12 months of unsupervised probation. The Government alleges Donald Jeffrey BRYANT has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:     FAILURE TO PAY FINE

BRYANT was ordered to pay a fine of $1,200. To date, BRYANT has an

1

outstanding balance of $650.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Donald Jeffrey Bryant*, 6:12-mj-88-MJS, be put back on calendar at a time convenient for the Court.

Dated: November 19, 2013

By: /s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

**THE COURT ORDERS:**

( ) Submit a Request for Warrant or Summons:

( ) Defendant to Appear at Yosemite District Courthouse:

( X ) The Government shall file and serve on Defense Counsel a brief setting forth its basis for believing, if it does, that the Notice of Violation was timely filed with the Court. The Defense will have fourteen (14) days thereafter to file a responsive brief. If the government concludes the Notice was not timely, nothing more need be filed, and no further action will be taken on this case by the Court.

IT IS SO ORDERED.

Dated: November 20, 2013      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE